## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) **CASE NO: 16-47542-659** |
| **TAMMY L CORDIA** | ) |
| **12178 BELAIRE PLACE** | ) **Chapter 13** |
| **MARYLAND HEIGHTS, MO  63043** | ) |
| **Debtor** | ) |
| | ) |
| | ) |

### NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| LAW OFFICE OF MARIE G ALLEN<br>PO BOX 411281<br>ST LOUIS, MO  63141-9998 | 2,100.00 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LAW OFFICE OF MARIE G ALLEN<br>PO BOX 411281<br>ST LOUIS, MO  63141-9998 | 0.00 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CLERK, US BANKRUPTCY COURT<br>111 S 10TH ST 4TH FL<br>US BANKRUPTCY COURT<br>ST LOUIS, MO  63102 | 155.00 | 1/FILING FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FIRST FINANCIAL FEDERAL CU<br>1232 WENTZVILLE PKWY<br>WENTZVILLE, MO  63385 | 9,539.25 | 20/Co-Signed Secured<br>ACCT: 0274<br>COMM: #4/35MO/07 CAMRY<br>REG PYMT: $296.44<br>INT RATE: 5.69 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                        Page 2
CASE NO: **16-47542-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| ABBOTT AMBULANCE<br>2500 ABBOTT PLACE<br>ST LOUIS, MO  63143 | 0.00 | 40/Unsecured<br>ACCT: 3001<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ACE CASH EXPRESS<br>1231 GREENWAY DR<br>STE 700<br>IRVING, TX  75038 | 0.00 | 40/Unsecured<br>ACCT: 3073<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AMGED ELTAHIR MD<br>PO BOX 66980<br>ST LOUIS, MO  63166-6980 | 0.00 | 40/Unsecured<br>ACCT: 2121<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ARDEKANIS STRESS CLINIC<br>10004 KENNERLY<br>STE 112A<br>ST LOUIS, MO  63128 | 0.00 | 40/Unsecured<br>ACCT: 8948<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AVANT CREDIT<br>640 N LA SALLE DR<br>STE 535<br>CHICAGO, IL  60654 | 0.00 | 40/Unsecured<br>ACCT: XXXXX6335<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AVANTE USA<br>3600 S GESSNER RD<br>STE 225<br>HOUSTON, TX  77063-5357 | 0.00 | 40/Unsecured<br>ACCT: 4065<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BIG PICTURE LOANS<br>N5384 US HIGHWAY 45 STE 400<br>WATERSMEET, MI  49969 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                                      Page 3
CASE NO: **16-47542-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| BRENT STROMBERG MD<br>11709 OLD BALLAS RD<br>STE 201<br>ST LOUIS, MO  63141 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BRIDGETON EMERG GROUP<br>PO BOX 731584<br>DALLAS, TX  75373 | 0.00 | 40/Unsecured<br>ACCT: XXXXX7963<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CASHNET<br>PO BOX 571992<br>SALT LAKE CITY, UT  84157 | 0.00 | 40/Unsecured<br>ACCT: XXXXX9208<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CHECK INTO CASH<br>PO BOX 550<br>ATTN COLLECTIONS<br>CLEVELAND, TN  37364-0550 | 96.66 | 40/Unsecured<br>ACCT: 6994<br>COMM: #5<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CHRISTOPHER LABONTE MD<br>12660 LAMPLIGHTER SQ<br>STE J<br>ST LOUIS, MO  63128 | 0.00 | 40/Unsecured<br>ACCT: 3971<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CLARIENT DIAGNOSTIC<br>31 COLUMBIA<br>ALISO VIEJO, CA  92656 | 0.00 | 40/Unsecured<br>ACCT: XXXXX237A<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CLUB FITNESS<br>3701 N ST PETERS PKWY<br>STE A<br>ST PETERS, MO  63376 | 0.00 | 40/Unsecured<br>ACCT: 6754<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                    Page 4
CASE NO: **16-47542-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| VOORHEES & ASSOC<br>4044 LOCKE AVE<br>BRIDGETON, MO  63044 | 0.00 | 40/Unsecured<br>ACCT: 9720<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 187.64 | 40/Unsecured<br>ACCT: 3626<br>COMM: #10 CREDIT ONE BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CREVE COEUR FIRE PROT DIST<br>PO BOX 775040<br>ST LOUIS, MO  63177 | 0.00 | 40/Unsecured<br>ACCT: 2819<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| GMC CREDIT SERVICES<br>1930 THOREAU DR<br>STE 100<br>SCHAUMBURG, IL  60173 | 0.00 | 40/Unsecured<br>ACCT: XXXXX9642<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEPAUL HEALTH CENTER<br>PO BOX 503913<br>ST LOUIS, MO  63150 | 0.00 | 40/Unsecured<br>ACCT: XXXXX0487<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEPAUL HEALTH CENTER<br>PO BOX 503913<br>ST LOUIS, MO  63150 | 0.00 | 40/Unsecured<br>ACCT: 1897<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DIAGNOSTIC IMAGING ASSOC<br>PO BOX 66997<br>ST LOUIS, MO  63166-6997 | 0.00 | 40/Unsecured<br>ACCT: 6719<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                   Page 5
CASE NO: **16-47542-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| VADIM BACAM MD INC<br>PO BOX 843756<br>KANSAS CITY, MO  64184-3756 | 0.00 | 40/Unsecured<br>ACCT: 2153<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| EAR NOSE & THROAT PLAS<br>SURGERY<br>2315 DOUGHERTY FERRY RD<br>STE 103<br>ST LOUIS, MO  63122 | 0.00 | 40/Unsecured<br>ACCT: 8537<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ELEVATE<br>4150 INTERNATIONAL PLZ STE 300<br>FORT WORTH, TX  76109-4819 | 0.00 | 40/Unsecured<br>ACCT: 6544<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| EMERGENCY PHYSICIANS<br>PO BOX 60439<br>FT MEYERS, FL  33906-6319 | 0.00 | 40/Unsecured<br>ACCT: 8027<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| EMONEY<br>2310 W 75TH ST<br>STE 201<br>PRAIRIE VILLAGE, KS  66208-3508 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 749.33 | 40/Unsecured<br>ACCT: 5062<br>COMM: #6/FENTON EMERG GRP<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| GREEN CIRCLE / GREEN TREE<br>1 WAKPAMNI LAKE HOUSING<br>BATESLAND, SD  57716 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                      Page 6
CASE NO: **16-47542-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| GREEN LINE LOANS<br>PO BOX 507<br>HAYS, MT  59527 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| KYLE A ROESLER<br>9449 OLIVE BLVD<br>ST LOUIS, MO  63132-3130 | 0.00 | 40/Unsecured<br>ACCT: XXXXX1631<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| METRO IMAGING LLC<br>PO BOX 411515<br>ST LOUIS, MO  63141-3515 | 0.00 | 40/Unsecured<br>ACCT:<br>XXXXXXXXXXXXXXX2617<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| METRO IMAGING LLC<br>PO BOX 411515<br>ST LOUIS, MO  63141-3515 | 957.74 | 40/Unsecured<br>ACCT: 1930<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MID AMERICA BANK & TRUST<br>PO BOX 400<br>DIXON, MO  65459 | 0.00 | 40/Unsecured<br>ACCT: 0071<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MISSOURI BAPTIST MEDICAL CTR<br>3015 N BALLAS RD<br>C/O PATIENT ACCOUNTS<br>ST LOUIS, MO  63131 | 0.00 | 40/Unsecured<br>ACCT: XXXXX4493<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| NAVIENT SOLUTIONS INC<br>PO BOX 740351<br>C/O DEPT EDUCATION LOAN SVC<br>ATLANTA, GA  30374-0351 | 37,899.96 | 40/Unsecured<br>ACCT: 6994<br>COMM: #8 2011-2013<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                           Page 7
CASE NO: **16-47542-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| NELNET<br>PO BOX 16358<br>C/O COLLEGE ACCESS NETWORK<br>ST PAUL, MN  55116 | 13,348.48 | 40/Unsecured<br>ACCT: 6994<br>COMM: #3/S.LOAN<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PSYCH CARE CONSULTANTS<br>5000 CEDAR PLAZA PKWY<br>STE 350<br>ST LOUIS, MO  63128 | 0.00 | 40/Unsecured<br>ACCT: 8414<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| RISE CREDIT<br>4150 INTERNATIONAL PLZ<br>STE 300<br>FT WORTH, TX  76109 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SLU CARE PHYSICIANS<br>PO BOX 18353M<br>ST LOUIS, MO  63195 | 0.00 | 40/Unsecured<br>ACCT: XXXXXXXXXX8535<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SOUND HEALTH SVCS PC<br>PO BOX 790379<br>ST LOUIS, MO  63179 | 0.00 | 40/Unsecured<br>ACCT: 6283<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SOUTH COUNTY ANESTHESIA<br>PO BOX 22407<br>ST LOUIS, MO  63126-0407 | 0.00 | 40/Unsecured<br>ACCT: 2619<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SOUTH COUNTY RADIOLOGISTS<br>PO BOX 795312<br>ST LOUIS, MO  63179-0701 | 0.00 | 40/Unsecured<br>ACCT: 7088<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                          Page 8
CASE NO: **16-47542-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| SPOT LOAN<br>PO BOX 927<br>PALATINE, IL  60078-0927 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SSM HEALTH CARE<br>1145 CORPORATE LAKE DR<br>ST LOUIS, MO  63132 | 0.00 | 40/Unsecured<br>ACCT: 0178<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SSM ST CLARE SURGICAL CENTER<br>1055 BOWLES AVE<br>STE 100<br>FENTON, MO  63026 | 0.00 | 40/Unsecured<br>ACCT: 5401<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST ANTHONYS MEDICAL CENTER<br>10010 KENNERLY RD<br>PATIENT ACCOUNTS DEPT<br>ST LOUIS, MO  63128 | 0.00 | 40/Unsecured<br>ACCT: 68N1<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST ANTHONYS MEDICAL CENTER<br>10010 KENNERLY RD<br>PATIENT ACCOUNTS DEPT<br>ST LOUIS, MO  63128 | 0.00 | 40/Unsecured<br>ACCT: XXXXX6826<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST ANTHONYS MEDICAL CENTER<br>10010 KENNERLY RD<br>PATIENT ACCOUNTS DEPT<br>ST LOUIS, MO  63128 | 0.00 | 40/Unsecured<br>ACCT:<br>XXXXXXXXXXXXXXXXXXXX52<br>31<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                        Page 9
CASE NO: **16-47542-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| ST ANTHONYS MEDICAL CENTER<br>10010 KENNERLY RD<br>PATIENT ACCOUNTS DEPT<br>ST LOUIS, MO 63128 | 0.00 | 40/Unsecured<br>ACCT: 6730<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST ANTHONYS MEDICAL CENTER<br>10010 KENNERLY RD<br>PATIENT ACCOUNTS DEPT<br>ST LOUIS, MO 63128 | 0.00 | 40/Unsecured<br>ACCT: XXXXX1065<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST ANTHONYS MEDICAL CENTER<br>10010 KENNERLY RD<br>PATIENT ACCOUNTS DEPT<br>ST LOUIS, MO 63128 | 0.00 | 40/Unsecured<br>ACCT: 9135<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST ANTHONYS MEDICAL CENTER<br>10010 KENNERLY RD<br>PATIENT ACCOUNTS DEPT<br>ST LOUIS, MO 63128 | 0.00 | 40/Unsecured<br>ACCT: 0478<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST ANTHONYS MEDICAL CENTER<br>10010 KENNERLY RD<br>PATIENT ACCOUNTS DEPT<br>ST LOUIS, MO 63128 | 0.00 | 40/Unsecured<br>ACCT: 0536<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST ANTHONYS MEDICAL CENTER<br>10010 KENNERLY RD<br>PATIENT ACCOUNTS DEPT<br>ST LOUIS, MO 63128 | 0.00 | 40/Unsecured<br>ACCT: XXXXX6980<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SSM ST CLARE HOSPITAL<br>1015 BOWLES AVE<br>FENTON, MO 63026 | 0.00 | 40/Unsecured<br>ACCT: 4479<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**          Page 10
CASE NO: **16-47542-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| ST LUKES HOSPITAL<br>232 S WOODS MILL RD<br>CHESTERFIELD, MO 63017 | 0.00 | 40/Unsecured<br>ACCT: XXXXXXXXXX0473<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST LUKES HOSPITAL<br>232 S WOODS MILL RD<br>CHESTERFIELD, MO 63017 | 0.00 | 40/Unsecured<br>ACCT: 0975<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST LUKES PHYSICIAN SPECIALISTS<br>700 SPIRIT OF ST LOUIS STE B<br>C/O NATL HEALTHCARE COLL LLC<br>CHESTERFIELD, MO 63005 | 0.00 | 40/Unsecured<br>ACCT: 7071<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| STL PATH LLC<br>PO BOX 78609<br>ST LOUIS, MO 63178 | 0.00 | 40/Unsecured<br>ACCT: 4675<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SUNSET HILLS AMBULATORY SURG<br>12399 GRAVOIS RD<br>STE 102<br>ST LOUIS, MO 63127 | 0.00 | 40/Unsecured<br>ACCT: 0230<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAVALRY SPV I LLC<br>PO BOX 27288<br>C/O CAVALRY PORTFOLIO SVCS<br>TEMPE, AZ 85285 | 415.33 | 40/Unsecured<br>ACCT: 4617<br>COMM: #9 SYNCHRONY<br>BANK/CARE CREDIT<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>C/O MIDLAND CREDIT MGMT<br>WARREN, MI 48090 | 675.91 | 40/Unsecured<br>ACCT: 8271<br>COMM: #7 SYNCHRONY<br>BANK/JCP<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                    Page 11
CASE NO: **16-47542-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| MEDTECH<br>180 S WEIDMAN RD<br>STE 125<br>BALLWIN, MO  63021 | 0.00 | 40/Unsecured<br>ACCT: 9739<br>COMM: TAHIR MEDICAL SERV<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MEDICAL COMMERCIAL AUDIT<br>PO BOX 480<br>HIGH RIDGE, MO  63049 | 410.50 | 40/Unsecured<br>ACCT: 6961<br>COMM: #1<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| TOTAL ACCESS CARE<br>12616 LAMPLIGHTER SQ SHPG CTR<br>ST LOUIS, MO  63128 | 0.00 | 40/Unsecured<br>ACCT: 9977<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WCP LABORATORIES INC<br>2326 MILLPARK DR<br>MARYLAND HEIGHTS, MO  63043 | 0.00 | 40/Unsecured<br>ACCT: 1970<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WEBBANK-FINGERHUT<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN  56303 | 0.00 | 40/Unsecured<br>ACCT: 5239<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ZAFAR REHMANI MD<br>PO BOX 816<br>ST PETERS, MO  63376 | 0.00 | 40/Unsecured<br>ACCT: 1652<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                    Page 12
CASE NO: **16-47542-659**

/s/ Diana S. Daugherty
_____

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
Dated: May 10, 2017                          St. Louis, MO  63143
                                             (314) 781-8100  Fax: (314) 781-8881
STL_NTCPAYCLM -- GV                          trust33@ch13stl.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 05/10/2017.

/s/Diana S. Daugherty
_____

Diana S. Daugherty

Copy Mailed To:

TAMMY L CORDIA
12178 BELAIRE PLACE
MARYLAND HEIGHTS, MO  63043